| | | | |
|---|---|---|---|
| | AUSA: Tara Hindelang | Telephone: | (313) 226-9100 |
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: Matthew Smith | Telephone: | (313) 226-0500 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.

Ronald Neil CHECK

Case No.

Case: 2:24−mj−30188
Assigned To : Unassigned
Assign. Date : 5/16/2024
Description: RE: RONALD NEIL CHECK (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 27, 2023__ in the county of __Wayne and elsewhere__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1470; | Transfer of obscene materials to minors |
| 18 U.S.C. 2251(a), (e) | Sexual exploitation of children |
| 18 U.S.C 2422(b) | Coercion and Enticement of a Minor |
| 18 U.S.C. 2252A(a)(2), (b)(1), A(a)(5)(B), (b)(2) | Receive/Distribute material containing child pornography, Possess/Access material |
| 18 U.S.C. 2260A | Penalties for registered sex offenders |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Matthew Smith, - HSI
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: May 16, 2024

_____
Judge's signature

City and state: Detroit, Michigan

Honorable David R. Grand, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR CRIMINAL COMPLAINT AND ARREST WARRANT

I, Matthew Smith, a special agent with Homeland Security Investigations, being duly sworn, depose and state as follows:

## INTRODUCTION

1. I have been employed as a special agent (SA) with Homeland Security Investigations (HSI) since April 2015 and am assigned to the Cyber Group with HSI Detroit since September 2021 and the Michigan State Police (MSP) Internet Crimes Against Children (ICAC) taskforce since January 2022. While employed by HSI, I have investigated federal criminal violations related to child exploitation and child pornography. I have gained experience through the HSI Special Agent Training Academy Program and everyday work related to conducting these types of investigations. I have successfully completed the Basic Computer Evidence Recovery Training (BCERT) at the Federal Law Enforcement Training Center (FLETC), Advanced Computer Evidence Recovery Training (ACERT) at the HSI Cyber Crimes Center and the Cyber Crimes Center Mobile and Cellular Device Data Extraction course. I have received training in child pornography and child exploitation and have had the opportunity to observe and review examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. Moreover, I am a federal law enforcement officer who is engaged

1

in enforcing the criminal laws, including 18 U.S.C. §§ 2251, 2252, 2252A, 2422, and 2260A, and I am authorized by law to request an arrest warrant.

2. This affidavit is made in support of an application for a criminal complaint and arrest warrant for Ronald Neil CHECK for violations of Title 18, United States Code, §§ 1470, 2251(a) and (e), 2422(b), 2252A(a)(2) and (b)(1), 2252A(a)(5)(B) and (b)(2), and 2260A, which criminalize sending obscene material to a minor, sexual exploitation of a minor, coercion and enticement of a minor, receipt of child pornography, possession of child pornography, and violations of §§ 2251(a) and 2422(b) as an individual required to register as a sex offender.

3. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information made available to me by other law enforcement professionals. These facts are provided for the sole purpose of establishing probable cause for the issuance of a criminal complaint and arrest warrant; therefore, this affidavit does not necessarily contain all information uncovered during this investigation. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, I have not included every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause for an arrest warrant for Ronald Neil CHECK.

## **PROBABLE CAUSE**

4. On October 24, 2023, the Michigan State Police (MSP) Internet Crimes Against Children taskforce (ICAC) was contacted by the Tampa, Florida Police Department regarding a screenname and suspect internet protocol (IP) address returning to Michigan. The Tampa Police Department informed the MSP ICAC that an individual assigned the provided IP address was sending sexually explicit messages to a minor. The suspect had also sent 11 nude photographs of himself, including one with his face to the minor.

5. MSP ICAC began an investigation into the person behind the username and IP address provided. As discussed more fully herein, the investigation revealed CHECK was the person sending sexually explicit messages to a minor and attempting to get the minor to engage in unlawful sexual activity.

6. Several portions of the chats between CHECK and Minor Victim 1 (MV1) from May 27, 2023, are below:

> MV1 - **How old are u**
> CHECK - **14**
> CHECK - **You**
> MV1 - **10**
> CHECK – **I'm only 13 really**
> CHECK - **I think you're so hot**
>
> Chat continues:
>
> CHECK - **I would have sex with you LOL**

3

CHECK - **I kind of want to**
CHECK - **I want to go down on you**
CHECK - **Lol**
MV1 - **Lol**
CHECK - **Have you ever done that go down on a guy I would love for you to do that to me I want you to**
CHECK - **I can't believe I'm telling you this but I have the biggest boner right Now**

A video chat then takes place before the chat continues:

MV1 - **Put that away**
CHECK - **My dick is so big and hard because of you**
MV1 - **Stop**
CHECK - **See yours see you naked I want to see you**
CHECK – **You're so hot I swear to God**
MV1 – **Stop**

Chat continues:

CHECK - **I want you to watch me cum I want you to let me look at you while you're naked I want you to spread your legs and play with your pussy please I'm a little older but I'm not that old you don't think I got a big dick**
CHECK - **Would you let me fuck you if I give you some money**
CHECK - **I need to see you naked so bad**

Toward the end of the chat, MV1's mother messages CHECK through MV1's account:

MOTHER – **[MV1] is 8 I will fucking kill you**
MOTHER – **Nasty bitch**
CHECK – **She enjoys it though**
CHECK – **She does like it**
CHECK – **She's already fucking**
CHECK – **She's supposed to get butt naked for me so let me enjoy that and then I will probably stop calling but I want the visuals**
CHECK – **You guys can both watch me jerk it**
CHECK attempts 14 video calls

4

> CHECK – **She watched me unload a huge nut all over my stomach earlier she said her pussy is wet**
> CHECK – **She said she wants to swallow it like she's done before now let me talk to her**

7. MSP ICAC submitted a state search warrant to the internet service provider (ISP) and the IP address returned to a residence in Westland, Michigan. MSP ICAC went to the residence and the woman that lived there stated that Ronald CHECK was living in a tent in her backyard in May 2023 and she had given him the internet password. Records checks showed that CHECK had been convicted of Criminal Sexual Conduct (CSC) 1st Degree (Person Under 13) in violation of Michigan state law, MCL 750.520b(1)(a), in the 3rd Circuit Court of Michigan, in 2005. I am aware that CHECK's conviction for this offense requires him to register as a sex offender in Michigan. CHECK was listed in the Michigan Sex Offender Registry at the time of the offense.

8. During record checks, MSP ICAC discovered that CHECK is currently being held at the Wayne County Jail on pending breaking and entering charges, though he was not in May of 2023. MSP ICAC further investigated and located CHECK's property in the arresting agency's possession, which included eight cellular phones. The phones were turned over to MSP ICAC and MSP ICAC received an authorized State search warrant for the eight cellular phones.

9. During the forensic examination of the eight cellular phones, a total of 101 files (26 photographs and 75 videos) that meet the federal definition of child

5

pornography were discovered on four of the phones. Evidence that CHECK had made a new username and attempted to recontact MV1 was also found on one of the phones.

10. One of CHECK's phones, Phone07, contained nude photographs of CHECK that matched the photographs sent to MV1. Phone07 also contained a video depicting a prepubescent female child approximately 7-10 years of age (MV2). This appears to be a screen recording of an unknown video chatting application. CHECK can be seen in the upper left of the screen, in a small rectangle shaped screen. The video starts with the minor female having her anus focused on the camera. The minor female's anus and vagina are clearly seen in the video. CHECK can be seen talking to her, but there is no audio on this recording. After a while, the prepubescent girl stands up and stands in front of the camera. She is wearing a pink tank top that is pulled up over her undeveloped breasts. CHECK can be seen talking to her while she fondles her own breast. Eventually, the girl stops and gets in what appears to be her bed. CHECK continues to talk with her for several minutes before the end of the video. This video is approximately 5 minutes and 33 seconds in length and has a created date of 01/14/2023. This video also meets the federal definition of child pornography.

9. I know that CHECK's prior CSC conviction subjects to him to enhanced penalties for the charged offenses.

### III. CONCLUSION

10. I respectfully submit that there is probable cause to believe that Ronald Neil CHECK violated Title 18, United States Code, Sections 1470, 2251(a), 2252A(a)(2), 2252A(a)(5)(B), 2422(b), and 2260A, which criminalize sending obscene material to a minor, sexual exploitation of a minor, coercion and enticement of a minor, receipt of child pornography, possession of child pornography, and violations of §§ 2251(a) and 2422(b) as an individual required to register as a sex offender, and request that the Court authorize an arrest warrant in this matter.

Respectfully submitted,

_____
Matthew Smith, Special Agent
Homeland Security Investigations

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____
Hon. David R. Grand
United States Magistrate Judge

Date:  May 16, 2024